E-FILED 12.19.11

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS, INC., a Washington corporation, | ) CASE NO. CV 10-00624 MMM (MANx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR PLAINTIFF |
| CHUNCHAI YU, an individual; STEVEN BURNSTEIN, an individual; DR TRADE INTERNATIONAL, INC., a California corporation; RODNEY TIMMERWILKE, an individual; and DOES 1-10, inclusive, | ) |
| Defendant. | ) |

On March 31, 2011, plaintiff Nautilus, Inc. filed a motion for entry of default judgment against defendants Chunchai Yu, Steven Burnstein, Stanley Yang, DR Trade, International Inc. ("DR Trade"), and Rodney Timmerwilke. In an order dated December 19, 2011, the court granted plaintiff's motion. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff recover statutory damages from defendants for trademark violations in the following amounts, against the following defendants, with post-judgment interest awarded at the rate of 0.11 percent:

    (a) $4,000,000 against defendants Yu and Bernstein, for which each is

        jointly and severally liable;

        (b) $8,000,000 against defendants Yang, DR Trade, and Timmerwilke, for which each is jointly and severally liable.

2. That defendants Yu, Burnstein, Yang, DR Trade, and Timmerwilke, their agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, are enjoined from:

    (a) purchasing, importing, distributing, selling, or offering for sale, counterfeit BOWFLEX brand exercise equipment, or assisting, aiding or abetting any other person or entity in doing so;

    (b) using the Bowflex Marks or trademarks confusingly similar therewith, or the Bowflex Trade Dress or trade dress confusingly similar therewith, or assisting, aiding or abetting any other person or entity in doing so; and

    (c) importing, distributing, selling, or offering for sale, exercise equipment infringing the Bowflex Patents, or assisting, aiding or abetting any other person or entity in doing so.

3. That within thirty days of the date of entry of judgment, defendants are ordered to:

    (a) deliver to plaintiff any and all exercise equipment in their possession, custody, and/or control that infringes the Bowflex Marks, Bowflex Trade Dress, and/or the Bowflex Patents;

    (b) recall all goods sold or distributed by them that infringe the Bowflex Marks, Bowflex Trade Dress, and/or the Bowflex Patents;

    (c) deliver to plaintiff's counsel any and all documents in their possession, custody, and/or control that reflect or relate to the purchase, importation, storage, shipping, or sale of exercise equipment that infringes the Bowflex Marks, Bowflex Trade Dress, and/or the Bowflex Patents;

    (d) prepare and deliver to plaintiff's counsel a complete list of entities from whom they purchased, and to whom they sold, exercise equipment that

infringes the Bowflex Marks, Bowflex Trade Dress, and/or the Bowflex Patents; and

(e) file and serve on plaintiff's counsel a written report, under oath, setting forth in detail the manner in which they have complied with these provisions.

DATED: December 19, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

3